**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Mary George
Probation Officer: Michelle Means
Interpreter: Susana Cahill

Date: October 22, 2014

Criminal Action No.: 14-cr-00088-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | Geoffrey Reiman |
| v. | |
| OMAR SANDOVAL MADRID,<br><br>Defendant. | David E. Johnson |

---

## SENTENCING MINUTES

***(Heard simultaneously with Criminal Action No. 14-cr-00111-JLK)***

---

**4:19 p.m. Court in session.**

Court calls case. Appearances of counsel. Defendant present, in custody.

**Change of Plea Hearing: June 3, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED: Sentencing Memorandum And Motion Requesting A Total Sentence of 8 Months (Filed 10/8/14; Doc. No. 26) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**
**IMPRISONMENT:**

Defendant is sentenced as to Count One to a term of imprisonment of **time already served**.

**SUPERVISED RELEASE:** None imposed as Defendant will be deported.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded into the custody of the United States Marshal for the District of Colorado.

**4:47 p.m.** **Court in recess.**
Hearing concluded.
Total in-court time: 14 minutes *(divided time)*